# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ACKERMAN, § <br> § <br> 3229 R St., N.W. § <br> Washington, D.C. 20007 § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br> § <br> Internal Revenue Service § <br> 1111 Constitution Ave., N.W. § <br> Washington, D.C.  20224 § <br> § <br> Defendant. § | Civil Action No. 1:08-cv-722 (HHK) |

## NOTICE

Plaintiff Peter Ackerman, by and through his undersigned counsel, notes that the attached Affidavit of Mailing verifies that his original Complaint was received by the U.S. Attorney for the District of Columbia on April 29, 2008, and the U.S. Attorney General on April 30, 2008.

                                        Respectfully submitted,

                                        /s/ Rebecca L.D. Gordon_____
                                        JAMES P. JOSEPH, D.C. Bar No. 421231
                                        REBECCA L. D. GORDON, D.C. Bar No. 468809
                                        Arnold & Porter, L.L.P.
                                        555 Twelfth Street, N.W.
                                        Washington, D.C. 20004-1206
                                        (202) 942-5000 (telephone)
                                        (202) 942-5999 (facsimile)
                                        LEAD COUNSEL FOR PLAINTIFF

Dated: June 16, 2008

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER ACKERMAN, | § | |
| | § | |
| 3229 R St., N.W. | § | |
| Washington, D.C. 20007 | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:08-cv-722 (HHK) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Internal Revenue Service | § | |
| 1111 Constitution Ave., N.W. | § | |
| Washington, D.C. 20224 | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF MAILING

I, Rebecca L. D. Gordon, hereby state that:

1. On the 28th day of April, 2008, I caused to be deposited in the United States Mail copies of the summons and complaint in the above-captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to each of the following defendants:

United States Attorney General
950 Pennsylvania Avenue NW
Washington, D.C. 20530

United States Attorney for the District of Columbia
555 Fourth street NW
Washington, D.C. 20530

2. Attached as Exhibit A hereto is the delivery record provided by the United States Postal Service for certified mail, No. 7006 2150 0003 0377 9567, indicating that delivery of the summons and complaint was made upon the United States Attorney for the District of Columbia on the 29th day of April, 2008.

3.  Attached as Exhibit B hereto is the receipt for certified mail, No. 7006 2150 0003 0377 9550, indicating that delivery of the summons and complaint was made upon the United States Attorney General on the 30th day of April, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

June 16, 2008_____          /s/ Rebecca L. D. Gordon_____
(Date)                            (Signature)

# EXHIBIT A



**UNITED STATES POSTAL SERVICE**

Date: 06/11/2008

SHERYE SANDALL:

The following is in response to your 06/11/2008 request for delivery information on your Certified item number 7006 2150 0003 0377 9567. The delivery record shows that this item was delivered on 04/29/2008 at 11:21 AM in WASHINGTON, DC 20530 to A JENNINGS. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>APR 3 0 2008<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>United States Attorney General<br>United States Dept. of Justice<br>950 Pennsylvania Ave, NW<br>Wash., DC 20530<br><br>(Ackerman) | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0003 0377 9550 |
| PS Form 3811, February 2004 | 7006 2150 0003 0377 9550   -M-1540 |